# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

129313

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MUHAMMAD MALIK,
      Plaintiff-Appellant,

v

SC: 129313
COA: 262399
Wayne CC: 03-317862-NI

HERLINDA C. CASTANEDA,
and CARLOS CASTANEDA,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the July 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

l0406